*Samuel B. Kaufman* for petitioner. *Messrs. Robert Carey and Harry Lane* for respondent.

No. 777. ALEOGRAPH Co. *v.* ELECTRICAL RESEARCH PRODUCTS, INC. March 21, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. J. B. Lewright* for petitioner. *Mr. W. L. Matthews* for respondent.

No. 644. LAMB, DEPUTY SHERIFF, ET AL. *v.* NEW JERSEY EX REL. TIERNEY. See same case, *ante*, p. 530.

No. 636. WHITE, COLLECTOR OF INTERNAL REVENUE, *v.* HALL ET AL., EXECUTORS. March 28, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Solicitor General Thacher* for petitioner. No appearance for respondents.

No. 689. ANDERSON, COLLECTOR OF INTERNAL REVENUE, *v.* GUINZBURG ET AL. March 28, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Solicitor General Thacher* for petitioner. *Mr. James Marshall* for respondents.

No. 712. P. McGRAW WOOL Co. *v.* UNITED STATES. March 28, 1932. Petition for writ of certiorari to the Court of Customs and Patent Appeals denied. *Messrs. Harry S. Mesirov, John G. Frazer, Samuel M. Richardson, and Albert MacC. Barnes* for petitioner. *Solicitor General Thacher, Assistant Attorney General Lawrence,*

and *Messrs. Claude R. Branch* and *Wm. H. Riley, Jr.*, for the United States.

No. 713. SCONYERS *v.* UNITED STATES. March 28, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. J. Forrest McCutcheon* for petitioner. *Solicitor General Thacher*, and *Messrs. Claude R. Branch* and *Harry S. Ridgely* for the United States.

No. 720. SCALA ET AL. *v.* UNITED STATES. March 28, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Elwood G. Godman* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist*, and *Messrs. Claude R. Branch* and *W. Marvin Smith* for the United States.

No. 728. GIDLEY *v.* CHICAGO SHORT LINE RY. CO. March 28, 1932. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. Charles C. Spencer* for petitioner. *Messrs. Kemper K. Knapp, Wm. Beye*, and *Paul R. Conaghan* for respondent.

No. 732. M. BERNSTEIN & SONS. *v.* UNITED STATES. March 28, 1932. Petition for writ of certiorari to the Court of Customs and Patent Appeals denied. *Messrs. Albert MacC. Barnes* and *Robert Szold* for petitioner. *Solicitor General Thacher, Assistant Attorney General Lawrence*, and *Mr. Claude R. Branch* for the United States.